IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TODD ALAN DUELL,<br><br>Plaintiff,<br><br>vs.<br><br>DONNA MAY DUELL TRUST, ET AL.<br><br>Defendants. | CIVIL NO. 26-00187 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION FOR ENTRY OF DEFAULT (ECF NO. 17) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION FOR ENTRY OF DEFAULT (ECF NO. 17)**

Findings and Recommendation having been filed on September 9, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Deny Plaintiff's Application for Entry of Default, ECF No. 17, are adopted as the opinion and order of the Court.

///

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, September 25, 2026.

Jill A. Otake
United States District Judge

CV 26-00187 JAO-RT, *Duell v. Donna May Duell Trust, et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION FOR ENTRY OF DEFAULT (ECF NO. 17)